**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT CERU,

                              Plaintiff,                   **RESCHEDULING ORDER**

    -against-                                              24 Civ. 6733 (PMH) (JCM)

ALLY BANK,

                              Defendant.
------------------------------------------------------------x

TO ALL PARTIES:

On December 29, 2024, President Joseph R. Biden, Jr. issued a Proclamation Announcing the Death of President James Earl Carter, Jr. and announced a National Day of Mourning for January 9, 2025. The District Court for the Southern District of New York is observing the National Day of Mourning on January 9, 2025. Accordingly, the Telephone Conference scheduled for January 9, 2025 has been rescheduled to January 7, 2025 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy.

Counsel shall call the following number at the time of the conference:

<u>Toll-Free Number</u>: 855-244-8681
<u>Access Code</u>: 1800490580

Dated: January 3, 2025
White Plains, New York

**SO ORDERED:**

*[signature]*

JUDITH C. McCARTHY
United States Magistrate Judge