UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT CERU,

                Plaintiff,

      v.

ALLY BANK,

                Defendant.

CASE NO. 7:24-CV-06733

### DEFENDANT ALLY BANK'S NOTICE OF MOTION TO TRANSFER

**PLEASE TAKE NOTICE THAT** Defendant Ally Bank ("Ally") shall move this Court before the Honorable Philip M. Halpern of the United States District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, on such date and time as the Court may direct, for an Order pursuant to 28 U.S.C. § 1404(a) transferring Plaintiff Robert Ceru's Complaint to the United States District Court for the District of Utah.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, PNC will rely upon the accompanying Memorandum in Support, Declaration of Melina Lezis, and the pleadings, papers, declarations, and other documents on file herein, and such further evidence or argument as the Court may properly consider at or before the hearing on this Motion.

Motion denied without prejudice for failure to comply with the Court's Individual Practices. Defendant may renew its request by filing a pre-motion letter in accordance with Rule 2(C) by March 14, 2025. The parties are directed to meet and confer concerning transfer of the venue of this action to the United States District Court for the District of Utah and, in the event the parties agree to such transfer, shall by March 14, 2025 file an order and stipulation to that effect.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
         February 28, 2025

Respectfully submitted,

**ALLY BANK**

*/s/ Stephen J. Steinlight*
Stephen J. Steinlight
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
Stephen.steinlight@troutman.com

*Attorney for Defendant Ally Bank*